1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Brigid.Martin@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-00614 JST |
|---|---|
| Plaintiff, | ) JOINT MOTION TO VACATE FEBRUARY 2, 2018 CHANGE OF PLEA AND RESET FOR STATUS OR CHANGE OF PLEA HEARING ON FEBRUARY 23, 2018 |
| v. | |
| MAXWELL AARON MASON, | |
| Defendant. | |

This case is currently set for a change of plea hearing on February 2, 2018. After the parties appeared before the Court and set the change of plea hearing, however, the Federal Defender's Office learned of a conflict and determined it could no longer represent the defendant. Therefore, on January 18, 2018, the defendant was appointed new counsel, CJA panel attorney Shawn Halbert. Ms. Halbert needs time to review the file and discovery in this case and discuss the case with her client.

Because Ms. Halbert has just been appointed, the parties will not be prepared to go forward with a change of plea on February 2, 2018. The parties therefore request that the Court vacate the February 2, 2018 hearing date and reset the matter for status or change of plea on February 23, 2018. If the parties

PARTIES' STIP. AND [~~PROP~~.] ORDER        1
CR 17-00614 JST

are prepared to go forward with the change of plea on February 23, 2018, we will alert the Court in advance and submit a proposed agreement in compliance with the Court's standing order.

The parties agree that time is appropriately excluded under the Speedy Trial Act between January 18, 2018, and February 23, 2018, for effective preparation of defense counsel as new defense counsel reviews discovery, conducts legal research and further investigation, and discusses this case with her client. 18 U.S.C. § 3161(h)(7)(B)(iv).

For these reasons, the parties request that the Court vacate the February 2, 2018 change of plea date and add this case to its criminal calendar on February 23, 2018, at 9:30 a.m., for status or change of plea.

DATED: January 18, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

 /s/ Brigid Martin
BRIGID S. MARTIN
Assistant United States Attorney


 /s/ Shawn Halbert
SHAWN HALBERT
Counsel for Mr. Mason

**[PROPOSED] ORDER**

Based on the appointment of new defense counsel on January 18, 2018, the representation of the parties set forth above, and the parties' joint request, IT IS HEREBY ORDERED that the February 2, 2018 change of plea hearing is VACATED and the matter is RESET FOR STATUS OR CHANGE OF PLEA on February 23, 2018, at 9:30 a.m., in Oakland.

Furthermore, based on the assertions of the parties set forth above, the Court finds that failing to exclude the time between January 18, 2018, and February 23, 2018, would unreasonably deny defense

PARTIES' STIP. AND [PROP.] ORDER        2
CR 17-00614 JST

counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the complexity of the case.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 18, 2018, and February 23, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between January 18, 2018, and February 23, 2018, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

_____
HON. JON S. TIGAR
United States District Judge

DATED:  January 19, 2018