UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00614 JST |
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| MAXWELL AARON MASON, | |
| Defendant. | |

Based on the request and stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing of defendant Maxwell Mason currently scheduled for October 12, 2018 at 9:30 am is continued to October 26, 2018 at 9:30 a.m.

Dated: August 2, 2018

_____
HON. JON S. TIGAR
United States District Judge

Stip. To Continue Sentencing
CR 17-00614 JST

3